UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20521-CIV-LENARD/O'SULLIVAN

SOLEY DAVIS, et al,

    Plaintiffs,

v.

MILANEZZA, LLC; MAXIMILIANO D. WAICMAN, MARCOS MORENO,

    Defendants.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court following a settlement conference before the undersigned and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged and defenses alleged in the pleadings. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiffs Juliana Delancey Trivino and Barbara Lisbetty Rodriguez Rojas and the costs to be received by counsel and finds that the compromise reached by Juliana Delancey Trivino and Barbara Lisbetty Rodriguez Rojas and the defendants is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the settlement agreement between Juliana Delancey Trivino and Barbara Lisbetty Rodriguez Rojas and the defendants (including costs) is hereby APPROVED. It is further

**RECOMMENDED** that this case be dismissed with prejudice as to Juliana Delancey Trivino and Barbara Lisbetty Rodriguez Rojas and that the Court **retain jurisdiction until May 15, 2014** to enforce the terms of the settlement.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this **3rd** day of April, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All counsel of record